Shamsher Medih Chisti
TDCJ-ID No. 1490300
James A. Lynaugh Unit
1098, South Hwy 2037
Fort Stockton, Tx 79735

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

MAR 11 2015

CHRISTOPHER A. PRINE
CLERK

To,
Christopher A. Prine
Clerk of the Court
First Court of Appeals
301 Fannin Street
Houston, Tx 77002

Date: March 09, 2015

Style: Shamsher Medih Chisti v. Sana Chisti aka Kiran Wilwerding
Appellant Case Number: 01-13-00780-CV
Trial Court Case Number: 2013-12431
Trial Court 257th District Court of Harris County, Texas

Dear Clerk,

Greetings. On February 10, 2015, my case was set for Submission in the above case number. The Appellee was given 10 days to file Supplemental Clerk Record on January 29, 2015, Pursuant to Texas Rule of Appellate Procedure Rule 34.5(c), about the special clerk's record on Plaintiff's Motion to Reinstate/Filing letter dated June 24, 2013. This notice was for 10 days to file the special clerk's record. The Clerk of the trial Court file the Special Supplemental Clerk's Record on February 20, 2015, delaying the process of Appellant Court's Submission date of February 10, 2015.

Now it has been more than 30 days from the date of Submission, I didn't received any Court Order or Memorandum of Order for the Submissions set for February 10, 2015.

Can you please inform me about the Status of my case and there is any Court Order on my Appeal.

Thank you so much for your time and attention in this matter.

Sincerely Yours,

X _____
Shamsher Medih Chisti
Appellant Pro-Se

cc: file

Chisti Shamsher #1490300
James A. Lynaugh Unit
1098, South Hwy 2037
Fort Stockton, Tx 79735

***Legal Mail***

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

MAR 11 2015

CHRISTOPHER A. PRINE
CLERK

MIDLAND / ODESSA
TX 797 Z L
09 MAR 2015 PM

7700233066

To,
Christopher A. Prine
Clerk of the Court
First Court of Appeals
301 Fannin Street
Houston, Tx 77002-2066

